# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
JAN 26 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Howell,

Plaintiff

vs.

Doctor Gorsi

"John Doe"

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Ryk Howell

Prison Identification Number: ~~IDoc #~~ R53785 / Peoria County Jail 2006345

Current address: 301 N. Maxwell RD.
Peoria IL. 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Doctor Gorsi

Current Job Title: Tazewell County Jail Doctor

Current Work Address: 101 S. Capitol ST.
Pekin IL 61554

Defendant #2:

Full Name: John Doe

Current Job Title: Doctor Gorsi's employer

Current Work Address: 101 S. Capitol ST.
Pekin IL. 61554

Defendant #3:

Full Name: _____

2

Current Job Title: _____

Current Work Address _____
_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____
_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____
_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe  But I plan To file a Complaint against The Guards in regards To This incident.

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

3

C. If your answer to B is yes, how many? __0__ Describe the lawsuit(s) below.

  1. Name of Case, Court and Docket Number
  _____

  2. Basic claim made _____

  3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Tazewell Co. Jail

Date(s) of the occurrence  6-3-22, 6-17-22, 5-31-22

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1.) Doctor Gorsi violated my 8th II Amendment right to adaquate Medical Attention.

2.) 5-31-22 I put in for sick call due to blury vision in my right eye and my lower back in extreme pain. She did not look at my eye or look at my back.

3.) 6-3-22 - I went to Medical for same reason's and was Denied Medical Treatment. Dr. Gorsi stated if I was "in the world" she would give me a Cat-Scan for my eye and Muscle relaxers for my back.

4.) 6-17-22 - Dr. Gorsi once again showed a Clear and Deliberate indifference twards my major Medical Need's when she refused to look at my back or eye.

5

Quick overview

I fell out The Back of The Transfer Bus in Shackles and cuffs. I hit my head and lost conscious Two Times. I hurt my Back and my eye. I put in for Sick call a Bunch of Times and Got No help. I have all my Grievances, all my Sick calls, witness Statements. I Tried To FOIA The Footage of me Falling out The Transfer Bus. To No Avail. I Do have The official Report as well as all The witnesses Named and a couple Statements.

7

RELIEF REQUESTED

(State what relief you want from the court.)

Compensatory Damages - $25,000
Punitive Damages - $15,000

The Nursing Staff reprimanded.

Any Further Medical Bills Stemming From This Incident paid for.

JURY DEMAND   Yes ☒   No ☐

Signed this _____ day of _____, 20____.

*Michael Howell*
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael Howell | |
| Address: 301 N. Maxwell RD Peoria IL. 61604 | Telephone Number: Parents Ryk Howell 309-647-4229 |

Michael Maxwell
Peoria County Jail
301 N. Maxwell RD
Peoria, IL 61604

Legal Mail

United States District court
Peoria Division
100 N.E. Monroe ST.
Room 309
Peoria, IL 61602